IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,      CR. NO. S-95-0020 EJG

    v.

JUAN AGUILAR-CORTEZ,      ORDER DIRECTING UNITED STATES
                                   TO FILE A RESPONSE
        Defendant.
_____/

    Defendant, a federal prisoner proceeding pro se has filed a motion to void judgment pursuant to Federal Rule of Civil Procedure 60(b).  The United States is directed to file a response to the motion within 30 days from the filing date of this order.  Defendant may file a reply within 30 days after service of the response.  The matter will stand submitted upon receipt of the reply brief.

    The Clerk of Court is directed to serve a copy of this order and defendant's motion on Assistant U.S. Attorney Samuel Wong.

    IT IS SO ORDERED.

Dated: February 16, 2007

                                  /s/ Edward J. Garcia
                                  EDWARD J. GARCIA, JUDGE
                                  UNITED STATES DISTRICT COURT