UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA | CR. NO. 2:95-0020 WBS |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JUAN AGUILAR-CORTEZ, | |
| Defendant. | |

----oo0oo----

On July 19, 2017, defendant Juan Aguilar-Cortez filed a Motion to Vacate (Docket No. 303.)  The United States shall file an opposition to defendant's motion no later than August 18, 2017.  Defendant may then file a reply no later than September 8, 2017.  The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

///

1

        IT IS SO ORDERED.

Dated:  July 21, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE