UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN AGUILAR-CORTEZ,<br><br>　　　　　Defendant. | No.　CR. 2:95-0020 WBS<br><br>**Court of Appeals No. 17-17256**<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

----oo0oo----

For the reasons set forth in this court's Order Re: Motion to Vacate (Docket No. 306), this court declines to issue a certificate of appealability  See 28 U.S.C. § 2253(c)(3).

The Clerk is ordered to transmit a copy of this Order to the Clerk of the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated:  December 12, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1