McGREGOR W. SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff/Respondent
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff/Respondent,<br><br>v.<br><br>JUAN AGUILAR-CORTEZ,<br><br>　　　　　　Defendant/Movant. | CASE NOS. 2:95-CR-00020 WBS KJN<br>　　　　　　2:96-CR-00089 WBS KJN<br><br>[PROPOSED] ORDER GRANTING GOVERNMENT'S MOTIONS FOR EXTENSION OF TIME |

On April 17, 2020, Respondent requested a 90-day extension of time to file its response to Defendant Aguilar-Cortez' § 2255 petitions. Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Respondent's request for a 90-day extension (ECF No. 319) in 2:95-cr-0020 WBS KJN is granted;

　　2. Respondent's request for a 90-day extension (ECF No. 113) in 2:96-cr-0089 WBS KJN is granted; and

　　3. The responses shall be filed on or before July 23, 2020.

Dated:  April 21, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/cort0020.ext