UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>JUAN AGUILAR-CORTEZ,<br><br>Movant. | No. 2:95-cr-0020 WBS KJN P<br><br><br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>JUAN AGUILAR-CORTEZ,<br><br>Movant. | No. 2:96-cr-0089 WBS KJN P<br><br><br><br>ORDER |

     Movant, a federal prisoner proceeding pro se, filed motions to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  On July 17, 2020, respondent requested a second extension of time to file its responses to movant's § 2255 petitions.

     On April 21, 2020, the undersigned granted respondent's request for a ninety-day extension of time to respond to the § 2255 motion.  Respondent now seeks an additional sixty days.  Good cause appearing, respondent's second motion is granted.  However, respondent is

1

cautioned that the court is not inclined to grant additional extensions of time absent a showing of substantial cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's request for a 60-day extension (ECF No. 323) is granted; and

2. The response is now due September 21, 2020.

Dated: July 21, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cort0020.eot2