UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JUAN AGUILAR-CORTEZ,<br><br>  Defendant. | No. 2:95-cr-20 WBS<br><br><br>ORDER |

----oo0oo----

Defendant Juan Aguilar-Cortez has filed a motion for appointment of counsel (Docket No. 329) to assist with his request for compassionate release under 18 U.S.C. § 3582 (Docket No. 326). There is no Sixth Amendment or statutory right to counsel for a motion under 18 U.S.C. § 3582(c). United States v. Bond, Case No. LA CR94-563 JAK, 2020 WL 4340257, at *1 (C.D. Cal. Feb. 25, 2020) (citing United States v. Townsend, 98 F.3d 510, 512-13 (9th Cir. 1996); United States v. Whitebird, 55 F.3d 1007, 1010-11 (5th Cir. 1995)).

Here, good cause has not been shown to appoint counsel

1

for defendant's compassionate release motion.  The court notes that numerous defendants have filed compassionate release motions seeking modification of their sentences on account of COVID-19 and their particular circumstances, that defendant has already filed such a motion, and that it is not clear what assistance defendant requires at this point.[1]  Accordingly, the request for appointed counsel is DENIED.

IT IS SO ORDERED.

Dated:  December 2, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that defendant has filed numerous pro se motions, notwithstanding his contention that he is illiterate and that his primary language is Spanish.