UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:95-cr-20-01 WBS |
| Plaintiff, | |
| v. | ORDER |
| JUAN AGUILAR-CORTEZ, | |
| Defendant. | |

----oo0oo----

Good cause having been shown, defendant's request for additional time to file a reply in support of his motion for reduction of his sentence under the First Step Act is GRANTED. Defendant shall have 45 days from the date of this order to file his reply.

IT IS SO ORDERED.

Dated: November 30, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1