UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JUAN AGUILAR-CORTEZ,<br><br>            Defendant. | No. 2:95-cr-20-01 WBS<br><br><br>ORDER |

----oo0oo----

Defendant Juan Aguilar-Cortez has filed multiple motions for reduction of his sentence, based on various grounds. His latest filing is a "Supplemental Motion in Support of Motion for Reduction of Sentence." (Docket No. 360.) Defendant requests that the court "supplement the record" with a December 16, 2022 memorandum from the United States Attorney General regarding charging, pleas, and sentencing in drug cases. It appears that defendant requests that the court consider this memorandum in support of his prior request for a reduction of sentence filed October 4, 2022. (See Docket No. 351.) The court

1

denied that motion via written order on December 12, 2022. (Docket No. 359.)  There is nothing in the Attorney General's memorandum that would cause the court to change that order. Accordingly, the request to supplement the record is moot.

To the extent the motion to supplement the record could be considered as a new motion for reduction of sentence or a motion to reconsider the denial of defendant's October 4, 2022 motion for a reduction of sentence, the request is DENIED for the reasons discussed in the court's December 12, 2022 order.

IT IS SO ORDERED.

Dated:  May 17, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE