UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>JUAN AGUILAR-CORTEZ,<br><br>       Defendant. | No. 2:95-cr-20-01 WBS<br><br><br>ORDER |

----oo0oo----

       Defendant Juan Aguilar-Cortez has filed a motion for reduction of his sentence under 18 U.S.C. § 3582(c)(2).  (Docket No. 366.)  The United States shall file any opposition to defendant's motion no later than thirty (30) days from the date of this order.  Defendant may file a reply no later than twenty-one (21) days from the date of the filing of the United States' opposition.  After briefing is complete, the court will take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

       IT IS SO ORDERED

Dated:  November 14, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1