HEATHER E. WILLIAMS, SBN #122664
Federal Defender
DAVID M. PORTER, SBN #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JUAN AGUILAR CORTEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUAN AGUILAR-CORTEZ,<br><br>　　　　Defendant. | No. Cr. S 95-20-01 WBS<br><br>**ORDER AMENDING BRIEFING SCHEDULE**<br><br>**RETROACTIVE CRIMINAL HISTORY CASE** |

　　　Defendant Juan Aguilar-Cortez filed a *pro se* motion for reduction of his sentence under 18 U.S.C. § 3582(c)(2).  (Docket No. 366.)  The court issued a briefing schedule. (Docket No. 367.)

　　　Pursuant to the unopposed request of Mr. Aguilar-Cortez and General Order 670, the briefing schedule is amended as follows:

　　　Mr. Aguilar-Cortez will file a status report, motion, or stipulation on or before December 12, 2023.  The government will have thirty (30) days to respond unless the parties agree to an expedited schedule and submit a proposed stipulation to the court.

　　　IT IS SO ORDERED.

Dated:  November 16, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE