UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:95-cr-20-01 WBS |
| Plaintiff, | |
| v. | ORDER |
| JUAN AGUILAR-CORTEZ, | |
| Defendant. | |

----oo0oo----

        Defendant Juan Aguilar-Cortez has filed a "Motion for Cause" apparently asking the court to clarify why it has denied one or more of his motions to reduce his sentence. (Docket No. 374.) The court notes that it already discussed its reasons for denial of defendant's motions, most recently in orders issued December 12, 2022 (Docket No. 359) and May 17, 2023 (Docket No. 361). Moreover, the Ninth Circuit affirmed the court's denial of his last motion via written order on April 4, 2024. (Docket No. 373.) No further clarification will be given, and the motion is DENIED.

1

1    IT IS SO ORDERED.

3    Dated:  May 17, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE