MICHELE BECKWITH
Acting United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN AGUILAR-CORTEZ,<br><br>Defendant. | CASE NO. 2:95-CR-00020-01 WBS<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME |

On February 3, 2025, the United States of America requested an extension of time to file its response to Defendant's <u>fourth</u> *pro se* Motion for Compassionate Release. ECF 379. Good cause appearing:

IT IS HEREBY ORDERED that the United States' request for an extension of time to March 18, 2025, to file its response is granted. Defendant may file a reply no later than twenty-one (21) days from the date of the filing of the United States' opposition. After briefing is complete, the court will take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

Dated: February 3, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1