UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUAN AGUILAR-CORTEZ,<br><br>　　　　Defendant. | No. 2:95-cr-20 WBS<br><br><br>ORDER |

----oo0oo----

　　　　Defendant Juan Aguilar-Cortez has filed a motion for reduction of his sentence under 18 U.S.C. § 3582(c)(1)(A). (Docket No. 379.)  This is the fifth time the court has addressed a motion for compassionate release from defendant.  The grounds that defendant raises in the instant motion are not materially different from those raised in his prior motions, and the court has already held that those grounds did not warrant compassionate release.  (See, e.g., Docket No. 336, 338, 359.)  Accordingly, for the reasons discussed in the court's prior orders,

1

1 | defendant's motion is DENIED.
2 |         IT IS SO ORDERED.
3 | Dated: May 29, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE